**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**GEORGIA TINKER**                                                    **PLAINTIFF**

**v.**                      **Civil No. 05-5115**

**JO ANNE B. BARNHART, Commissioner,**
**Social Security Administration**                           **DEFENDANT**

### O R D E R

Now on this 27th day of June, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #8), in this matter. Plaintiff filed a Response (document #9), in which she states she has no objection to this case being remanded. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the decision of the Commissioner is hereby **reversed and this case is remanded to the Commissioner for further consideration.**

**IT IS SO ORDERED.**

                                                       **/s/Jimm Larry Hendren**
                                                       **HON. JIMM LARRY HENDREN**
                                                       **UNITED STATES DISTRICT JUDGE**